## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **CHRISTINA EMERY**<br>     **Plaintiff,** | )<br>)<br>) |
| **v.** | ) **Case No 8:25-cv-01979**<br>) |
| **EQUIFAX INFORMATION SERVICES,**<br>**LLC**<br>     **Defendant.** | )<br>)<br>)<br>)<br>) |

---

## PLAINTIFF'S UNOPPOSED MOTION TO EXTEND
## DISCOVERY DEADLINE

---

Plaintiff, by and through undersigned counsel, respectfully moves this Court for a thirty (30) day extension of the discovery deadline and states:

1.  Pursuant to the Court's Scheduling Order, the current discovery deadline expires on May 27, 2026.

2.  The parties have diligently engaged in discovery; however, additional time is necessary to complete outstanding discovery and any necessary follow-up discovery.

3.  Good cause exists for a brief extension of the discovery deadline to allow the parties to complete discovery efficiently and potentially avoid unnecessary motion practice.

1

4. This request is made in good faith and not for purposes of delay.

5. Pursuant to Local Rule 3.01(g), undersigned counsel conferred with counsel for Defendant regarding the relief requested herein, and Defendant does not oppose this Motion.

**WHEREFORE,** Plaintiff respectfully requests that the Court extend the discovery deadline by thirty (30) days, through June 26, 2026, and grant such further relief as the Court deems just and proper.

Date: May 27, 2026

/s/Cortney Walters
Cortney Walters, Esq.
Florida Bar No. 125159
pleadings@cewlawoffice.com
The Law Office of Cortney E. Walters, PLLC
2719 Hollywood Blvd., Suite A-1969
Hollywood, FL 33020
Telephone: (954) 874-8022
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2026, a true and correct copy of the above and foregoing was served by email to those parties receiving electronic notice through the Court's CM/ECF system.

/s/Cortney Walters
Cortney Walters, Esq.